THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SINGLETARY, Appellant. [924 NYS2d 914]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Carol Berkman, J.), rendered on or about September 9, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is

hereby affirmed. Concur—Andrias, J.P., Friedman, Freedman, Richter and Román, JJ.